IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| **MICHAEL LEON JAMESON** | § | |
| VS. | § | CIVIL ACTION NO. 5:13cv45 |
| **KEITH ROY, ET AL.** | § | |

## ORDER OF DISMISSAL

Plaintiff Michael Leon Jameson, previously an inmate confined at F.C.I. Texarkana, proceeding *pro se*, filed the above-styled and numbered civil rights lawsuit. The complaint was referred to United States Magistrate Judge Caroline M. Craven, who issued a Report and Recommendation finding that the lawsuit should be dismissed. The Plaintiff has filed objections.

The Report of the Magistrate Judge, which contains her proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and having made a *de novo* review of the objections raised by the Plaintiff to the Report, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections raised by the Plaintiff are without merit. Magistrate Judge Craven appropriately concluded that the Plaintiff had not complied with his duty to properly and timely serve the Defendants. Moreover, merely sending a copy of the summons to Jason A. Sickler, Counsel, South Central Regional Office, did not amount to sufficient service. Magistrate Judge Craven also appropriately concluded that the lawsuit should be dismissed as time-barred. Therefore the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the Report and Recommendation (docket entry #12) is **ADOPTED**. It is further

**ORDERED** that the complaint is dismissed without prejudice for purposes of Fed. R. Civ. P. 4(m) and with prejudice for purposes of 28 U.S.C. § 1915A(b)(1). It is further

**ORDERED** that all motions not previously ruled on are **DENIED**.

**It is SO ORDERED**.

**SIGNED this 29th day of October, 2013.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE